■ DONALD HOWELL et al., Appellants, v COUNTY OF ORANGE et al., Respondents.—Appeal by the plaintiffs from an order of the Supreme Court, Orange County (Peter Patsalos, J.), dated April 17, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Patsalos at the Supreme Court in the related case of *Fisher v County of Orange,* Index Number 4241/88 *(see also, Fisher v County of Orange,* 181 AD2d 856 [decided herewith]). Sullivan, J. P., Rosenblatt, Miller and Santucci, JJ., concur.